Before STATE INDUSTRIAL BOARD, Respondent. Mrs. CATHERINE NESTOR,

---

*See Laws of 1914, chap. 154, amdg. said § 123.—REP.

Claimant, Respondent, v. P. J. DURCAN and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. MINNIE STEIN, Widow, on Behalf of Herself and Minor Children, Claimant, Respondent, v. TRANSOGRAM COMPANY, INC., and Another, Appellants.— Motion denied.